No. 86–921.   BAGLEY v. IBP, INC.; and

No. 86–956.   IBP, INC. v. BAGLEY.   C. A. 8th Cir.   Certiorari denied.   Reported below: 797 F. 2d 632.

No. 86–924.   JORDAN v. SCHROEDER, PERSONAL REPRESENTATIVE FOR THE ESTATE OF SCHROEDER.   Ct. App. Wash.   Certiorari denied.

No. 86–929.   DELLA-DONNA v. GORE NEWSPAPERS CO. ET AL.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 86–931.   MACHLEDER v. CBS INC.   C. A. 2d Cir.   Certiorari denied.

No. 86–945.   WKRG–TV, INC. v. WILEY.   Sup. Ct. Ala.   Certiorari denied.

No. 86–948.   CALUMET COUNTY, WISCONSIN v. KOSSMAN ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 86–949.   ARGUS INC. ET AL. v. EASTMAN KODAK CO.   C. A. 2d Cir.   Certiorari denied.

No. 86–959.   FALOONA ET AL., BY THEIR NEXT FRIEND, FREDRICKSON v. HUSTLER MAGAZINE, INC.   C. A. 5th Cir.   Certiorari denied.

No. 86–961.   CAMPBELL SALES CO. v. NEW YORK STATE TAX COMMISSION.   Ct. App. N. Y.   Certiorari denied.

No. 86–962.   HUTCHINSON ET AL. v. MILLER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–963.   BROOKPARK NEWS & BOOKS, INC., ET AL. v. CITY OF CLEVELAND ET AL.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 86–967.   PITTSBURGH & LAKE ERIE RAILROAD CO. v. BEISSEL.   C. A. 3d Cir.   Certiorari denied.

No. 86–968.   GENEVA COUNTY BOARD OF EDUCATION v. HIDLE.   C. A. 11th Cir.   Certiorari denied.